UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian N. Moore, et al., )  Plaintiffs, ) | ) Civil Action |
| Scuderi Group, Inc., et al., ) Defendants, ) | No. 3:17-cv-30047-MGM |

ORDER OF DISMISSAL

June 21, 2018

MASTROIANNI, D.J.

Pursuant to the court's electronic order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge